SVEN ERIC JOHANSSON,                    §
                                        §
          Plaintiff,                    §
                                        §
*versus*                                §          CIVIL ACTION NO. 1:17-CV-329
                                        §
STEVE CONOR,                            §
                                        §
          Defendant.                    §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Sven Eric Johansson, proceeding *pro se*, filed this civil rights lawsuit.  The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed.

The court has received the magistrate judge's Report and Recommendation, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the magistrate judge's Report and Recommendation are correct and the report is **ADOPTED**.  A final judgment shall be entered dismissing this lawsuit.

**Signed  this date**

**Jul 15, 2019**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE